Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:      (310) 556-4811
Facsimile:       (310) 943-0396

*Attorneys for Plaintiff Huu Nguyen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUU NGUYEN, individually, and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>     v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>         Defendant. | Case No.:  5:16-cv-05591-LHK (NCx)<br><br>The Hon. Lucy Koh<br><br>**DECLARATION OF STEVEN B. BOYLES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br>REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED<br>Hearing Date:      March 22, 2018<br>Hearing Time:      1:30p.m.<br>Location:           Courtroom 7, 4th Fl.<br>                    280 South 1st Street<br><br><br>Action Filed:      September 30, 2016<br>Trial Date:        October 5, 2018 |

<u>**CONTAINS CONFIDENTIAL INFORMATION**</u>

<u>**CONDITIONALLY LODGED UNDER SEAL**</u>

1      I, Steven B. Boyles, declare as follows:

2    1.    I am over 18 years of age and am competent to testify to the matters set forth

3 herein.

4    2.    I am a resident of Martinez, California, and a Partner in the San Francisco office of

5 Hemming Morse, LLP ("Hemming"), a professional corporation located at 180 Montgomery

6 Street Suite 1500 San Francisco, CA 94104.

7    3.    Hemming has been retained by Capstone Law, APC ("Counsel") on behalf of

8 Plaintiff ("Class" or "Class Members") to provide certain professional services in connection

9 with this matter. Specifically, I was asked to provide a methodology, common to the Class,

10 that the Court could apply to individual Class Members in quantifying damages owed by

11 Nissan North America, Inc. ("Defendant" or "Nissan") as a result of an alleged defect with the

12 manual transmission in the following vehicles: the Nissan 350Z, model years 2007-2009; the

13 Nissan 370Z, model years 2009-2015; the Infiniti G35, model years 2007-2008; the Infiniti

14 G37, model years 2008-2014; and the Infiniti Q60.

15    4.    I have also been asked to provide rebuttal opinions, as necessary, in response to

16 certain expert reports which may be submitted in this matter.

17    5.    I submit this declaration in support of Plaintiff's Motion for Class Certification.

18    6.    Attached as Exhibit 1 is true and correct copy of the Expert Report of Steven B.

19 Boyles, which I authored and provided to Plaintiff's counsel on December 15, 2017.

20

21    I declare under penalty of perjury under the laws of the United States and the state of

22 California that the foregoing is true and correct. Executed this 15th day of December 2017.

23

24

25    By:                                                                                      
Steven B. Boyles, CPA/CFF/ABV, ASA

26

27

28

DECLARATION OF STEVEN B. BOYLES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUU NGUYEN, individually, and on behalf of a class of similarly situated individuals, | ) ) ) ) | Case No.: 5:16-cv-05591-LHK (NCx) |
| | ) | **EXPERT REPORT OF** |
| Plaintiff, | ) | **STEVEN B. BOYLES** |
| | ) | |
| v. | ) | |
| | ) | |
| NISSAN NORTH AMERICA, INC., a California corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Respectfully submitted this 15th day of December 2017:

_____
Steven B. Boyles, CPA/CFF/ABV, ASA

Table of Contents

I.      QUALIFICATIONS ................................................................................................. 3

II.     ASSIGNMENT ...................................................................................................... 4

III.    INFORMATION CONSIDERED ............................................................................... 4

IV.     UNDERSTANDING OF THE CLASSES AND CLAIMS .............................................. 5

V.      ANALYSIS AND OPINIONS .................................................................................. 7

        A. BENEFIT OF THE BARGAIN DAMAGES ........................................................ 7

            Overview ................................................................................................... 7

            Plaintiff's Technical Expert Opinions ....................................................... 8

            Formula to Calculate Damages for Class Members .................................. 9

        B. VALIDATION OF ASSUMPTIONS IN ANALYSIS ............................................ 11

            Individual Repair Orders .......................................................................... 11

            Nissan Warranty Database ....................................................................... 11

VI.     CONCLUSION ..................................................................................................... 13

# I.    QUALIFICATIONS

1.    I am a Partner in the San Francisco office of Hemming Morse, LLP ("Hemming"). Hemming is a forensic accounting and litigation consulting firm, which provides accounting, financial, economic and valuation services to counsel and client companies.  I have been in public accounting for more than 19 years and am a Certified Public Accountant ("CPA"), licensed in the Commonwealth of Massachusetts.  I also hold the Certified in Financial Forensics ("CFF") and the Accredited in Business Valuation ("ABV") designations from the American Institute of Certified Public Accountants and the Accredited Senior Appraiser ("ASA") designation from the American Society of Appraisers.

2.    I am a member of the California Society of Certified Public Accountants ("CalCPA").  I have served on the CalCPA statewide Litigation Services Steering Committee and was Chair of its San Francisco Chapter.   This Steering Committee provides guidance to the more than 800 members of its four Operating Sections - (1) Business Valuation, (2) Economic Damages, (3) Fraud and (4) Family Law.

3.    Additionally, I am co-chair of the Forensic Accounting & Litigation Support Specialty Group of The International Accounting Group (TIAG), a worldwide alliance of independent accounting firms.  TIAG is a global accounting industry organization boasting membership of more than 115 firms in more than 65 countries. The organization is part of the broader TAG Alliances, which includes: TAGLaw, one of the five largest global legal alliances; TAG Strategic Partners (TAG-SP), whose membership is made up of an international group of businesses; and TAG Foundation, a charitable entity. The role of TIAG's Forensic Accounting & Litigation Support Specialty Group is to promote the forensic accounting expertise of its members to all TIAG and TAGLaw members and to set up a network of forensic experts.

4.    A complete copy of my current curriculum vitae, which summarizes my background and professional experience as well as a listing of my testimony experience over the preceding four years, is attached as **Exhibit A** to this report.

5.    Hemming charges $465 per hour for time I spend consulting and assessing damages as well as time that may be spent testifying related to my analysis.  Other staff members at Hemming

working on this matter are billed out at rates ranging from $150 to $390 per hour.  Neither my, nor my staff's, nor Hemming's compensation is affected in any way by either the conclusions I have reached or the outcome of this matter.

6.      If called upon as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

## II.      ASSIGNMENT

7.      Hemming has been retained by Capstone Law, APC ("Counsel") on behalf of Plaintiff ("Class" or "Class Members") to provide certain professional services in connection with this matter.  Specifically, I was asked to provide a methodology, common to the Class, that the Court could apply to individual Class Members in quantifying damages owed by Nissan North America, Inc. ("Defendant" or "Nissan") as a result of an alleged defect with the manual transmission in the following vehicles ("Class Vehicles"):

> ➢ Nissan 350Z, model years 2007 - 2009;
>
> ➢ Nissan 370Z, model years 2009 - 2015;
>
> ➢ Infiniti G35, model years 2007 - 2008;
>
> ➢ Infiniti G37, model years 2008 - 2014; and
>
> ➢ Infiniti Q60.

8.      I have also been asked to provide rebuttal opinions, as necessary, in response to certain expert reports which may be submitted in this matter.

## III.      INFORMATION CONSIDERED

9.      In performing my analyses I, and others operating under my direction, have reviewed, *inter alia*, pleadings, a warranty database, invoices, and technical service bulletins relating to the Class Vehicles.  A list of the documents considered in preparing this report is attached as **Exhibit B**.

10.     While my work on this matter is ongoing, this report summarizes my current opinions given the information available to me to date.  I may consider additional materials including other expert

CONFIDENTIAL
ATTORNEYS' EYES ONLY

reports, if produced in this matter, and amend or supplement my opinions and this report accordingly.

11.      In connection with my anticipated testimony at trial, I may create, from various documents produced in this litigation and obtained through independent research, demonstrative exhibits that refer or relate to the matters discussed in this report.  I have not yet created such demonstrative exhibits.

## IV.      UNDERSTANDING OF THE CLASSES AND CLAIMS

12.      The Class and Sub-Classes are defined as:[1]

   a.    **California Class** - All individuals who reside in California who purchased or leased any Nissan or Infiniti vehicle from the Defendant equipped with a FS6R31A Manual Transmission.

   b.    **CLRA Sub-Class** - All members of the California Class who are "consumers" within the meaning of California Civil Code § 1761(d).

13.      Plaintiff alleges that the Class Vehicles, manufactured and sold by Nissan, were equipped with the FS6R31A manual transmission at the time of sale.  Plaintiff further alleges that this manual transmission causes the vehicles' clutch pedal to lose pressure and stick to the floor and impedes the driver's ability to shift properly, resulting in the Class Vehicles being unable to accelerate ("Clutch Assembly Defect").[2]

14.      It is reasonably assumed that the value of a defect free vehicle is greater than the value of that same vehicle with a defect (all else being equal).  It is also assumed that consumers acquiring the Class Vehicles reasonably believed they were purchasing (or leasing) a vehicle that was defect free and was expected to operate as they had bargained.  As the Class Vehicles were not ultimately defect free, the value the consumer obtained from purchasing (or leasing) the vehicle was not what

---

[1] First Amended Class Action Complaint filed February 1, 2017, p. 44

[2] First Amended Class Action Complaint filed February 1, 2017, p. 1

they had bargained for.  Plaintiff has brought their claim to obtain restitution of the value that they bargained for but did not receive as a result of the Clutch Assembly Defect (i.e., that value of the vehicle they received, with defect, versus the value of the vehicle they bargained for, without defect).

15.     As discussed in section V.A below, it is proffered that the Clutch Assembly Defect can be repaired and as such, Class Members can be made whole and receive the value which they had bargained for when they purchased (or leased) their vehicles.  Accordingly, a reasonably simple and straight forward approach to make Class Members whole is to compensate them for the cost of repairing the Clutch Assembly Defect.

16.     I understand that Nissan has issued a number of technical service bulletins ("TSB") addressing aspects of the Clutch Assembly Defect within its vehicles.[3]  I further understand that through these TSBs, Nissan has instructed its dealers to change the clutch hydraulic system fluid, but has not provided a permanent repair for the Clutch Assembly Defect.[4]

17.     As discussed further below, Plaintiff alleges that Nissan must modify or redesign the defective components to provide a permanent repair for the Clutch Assembly Defect.

---

[3] First Amended Class Action Complaint filed February 2, 2017, pp. 4-5. *See also* NNA0000697-711, NNA0000712-715, and NNA0000716-720 for examples of TSBs issued by Nissan.

[4] Ibid.

6

# V.   ANALYSIS AND OPINIONS

## A. BENEFIT OF THE BARGAIN DAMAGES

### *Overview*

18.     As discussed below, an appropriate remedy of damage susceptible of measurement across the entire class is a benefit of the bargain model.[5]  That is to say, Plaintiff purchased (or leased) their vehicle bargaining for a vehicle that did not contain the Clutch Assembly Defect.  It is assumed that if Class Members were aware of the alleged Clutch Assembly Defect at the time of their purchase (or lease) of the affected Class Vehicles, they would not have purchased (or leased) the vehicle or would have paid a lesser amount.[6]  Benefit of the bargain damages simply measure the difference in the value represented and the value actually received (what the vehicle is worth with and without the defect).

19.     To make them whole and provide Class Members with the vehicle they bargained for, Plaintiff contends that they are entitled to a payment measured by the cost necessary to fully cure the Clutch Assembly Defect.  Accordingly, the measure of damages (value that the Class Member bargained for but did not receive) would be a payment in the amount of the average cost of the parts and labor to repair the Clutch Assembly Defect for each Class Member.

20.     As referenced above, Nissan did implement counter measures to try and remediate the symptoms including changing the clutch hydraulic system fluid through its TSBs.  However, these measures did not resolve the problem and accordingly, the Clutch Assembly Defect is still present.  As further discussed below, to cure the Clutch Assembly Defect on each Class Vehicle and provide the Class Members with the benefit they bargained for at purchase (or lease), the Slave Cylinder

---

[5] *See* Black's Law Dictionary, Eighth Edition, p. 168. "Benefit-of-the-bargain rule. 1. The principal that a party who breaches a contract must pay the aggrieved party an amount that puts that person in the same financial position that would have resulted if the contract had been fully performed. [Cases: Damages 117.] 2. The principle that a defrauded buyer may recover from the seller as damages the difference between the value of the property as represented and the actual value received. – Also termed benefit-of-bargain rule. Cf. OUT-OF-POCKET RULE. [Cases: Fraud 59(2).]"

[6] First Amended Class Action Complaint filed February 2, 2017, p, 6

CONFIDENTIAL
ATTORNEYS' EYES ONLY

(CSC) would need to be replaced with a re-designed CSC and the hydraulic fluid must be flushed and replaced. To derive a common damage methodology that is susceptible of measurement across the entire class, I referred to Plaintiff's technical expert's determination of the remediation procedures necessary to cure the Clutch Assembly Defect.

### *Plaintiff's Technical Expert Opinions*

21.     I understand that Counsel has engaged an automotive technical expert, Michael Stapleford, who has provided an opinion as to the necessary repairs to be completed in order to resolve the Clutch Assembly Defect. I understand that Mr. Stapleford's opinions are discussed in his report dated December 15, 2017 and summarized in a revised TSB that encompasses the procedures, parts required, and labor time required to complete the repair procedures that would remedy the alleged defects of the Class Vehicles ("Stapleford TSB"). For purposes of my analysis, I have assumed the information in Stapleford TSB to be complete and accurate.

22.     The Stapleford TSB states the following repair procedures are required to resolve the Clutch Assembly Defect on all Class Vehicles:[7]

| Repair Procedure | Labor Time |
|---|---|
| Replace Concentric Slave Cylinder | 3.0 Hours |
| Replace Clutch Fluid | 0.9 Hours |

23.     In addition, the Stapleford TSB describes the following parts as required to complete the repair procedures for the Class Vehicles:[8]

---

[7] Stapleford TSB; I understand that Mr. Stapleford has found evidence that the replacement of the Concentric Slave Cylinder could take 4.2 hours to complete. Accordingly, utilizing 3.0 hours as the repair time will yield conservative results.

[8] Stapleford TSB

8

| Quantity | Part Number | Description |
|----------|-------------|-------------|
| 1 | 306A2 - JK40A | Tube Concentric (CSC Tube) |
| 1 | 306A1 - JK40F | Body Concentric (CSC) |
| 1 | 34115 - CD025 | Insulator and Bolt Kit |
| 2 | KN9U0 - 40001P | GT-R R35 Special Brake Fluid |

*Formula to Calculate Damages for Class Members*

24.    As discussed above, I have referred to the components referenced in the Stapleford TSB to prepare a formula that can both be tied back to Plaintiff's theory of liability and used consistently among all Class Members.  Application of the formula will quantify the value that the Class Members have overpaid for the Class Vehicles as a result of the Clutch Assembly Defect.

25.    The formula is as follows:

$$= ((3.0 \times LR) + CSCT + CSC + IBK) + ((0.9 \times LR) + BF)$$

Replace Concentric Slave Cylinder          Replace Clutch Fluid

Where:

LR – Average hourly labor rate
CSCT – Average Price of a Tube Concentric
CSC – Average Price of a Hydraulic Clutch Slave Cylinder
IBK – Average Price of an Insulator and Bolt Kit
BF – Average Price of Special Brake Fluid

26.    Although I understand that each of the individual repairs proffered by Michael Stapleford are required to resolve the Clutch Assembly Defect, the above formula isolates each procedure for presentation purposes.

27.    Below, I have provided an example of how the above formula works in practice for Class Members.  As the formula reflects, using the following prices results in a damage value of $723.95 per Class Vehicle:

9

LR - $110.00 labor rate[9]
CSCT - $60.95[10]
CSC - $171.03 price[11]
IBK - $34.97[12]
BF - $28.00 price[13]

$$= ((3.0 \times LR) + CSCT + CSC + IBK) + ((0.9 \times LR) + BF)$$

$$= (3.0 \times \$110) + 60.95 + \$171.03 + 34.97) + (0.9 \times \$110) + \$28$$

$$= ((\$330) + 60.95 + \$171.03 + 34.97) + (\$99) + \$28$$

$$= (\$596.95) + \$99 + \$28$$

$$= \$723.95$$

28.    The preceding price amounts are variables. I was not provided with sufficient pricing data from which I could develop average prices for each component.  However, I used various repair orders and part prices from a Nissan parts website and other price sheets from which reasonably reliable price points can be obtained, absent more complete information, to operate the above formula.  Furthermore, despite the quality or completeness of the data, the above formula provides an effective and reasonable approach to compensate Class Members for the reduction in value to the vehicles they purchased (or leased).  If different average, or actual, prices are obtained and applied, the above formula would accurately quantify the reasonable recovery amount to each Class Member.  That is to say, the above formula provides a measure of the difference in value of a Class Vehicles *without* the defect as compared to a Class Vehicles *with* the defect.

---

[9] The labor rate was obtained from 2016 09-01 MISC-DOCS re 2010 Nissan 370Z Repair Orders - Peter Leverman.pdf

[10] The cost was obtained from 2016 11-30 MISC-DOCS re 2010 Nissan 370Z Repair Order – Ken Martin.pdf

[11] I understand that the concentric slave cylinder that Mr. Stapleford is comparing to is Hyundai's P/N 41424-38000 that has a list price of $171.03.  I understand from Mr. Stapleford that the Nissan suggested list price for one of the predecessor versions of the slave cylinder (306A1-JK40C) is $192.52 (12.5% greater than the amount used in the above formula)..

[12] I understand from Mr. Stapleford that the Nissan suggested list price for this part is $34.97, which is consistent with my own research.  See for example, https://www.nissanparts.cc/oem-parts/nissan-insulator-bolt-kit-34115cd025

[13] NNA0000716-720 at 720.

## B. VALIDATION OF ASSUMPTIONS IN ANALYSIS

### *Individual Repair Orders*

29.     As referenced, the above formula utilizes prices for parts and labor from various sources with the calculated result appearing reasonable based on the Class Representative's invoice. Specifically, Class Representative Nguyen produced an invoice reflecting the cost of the clutch slave cylinder at $270.58 while the figure utilized in the above formula is $171.03.[14]  The invoice further reflects the cost of transmission fluid utilized in the repair to be $39.36 per unit (with five units used in the repair) and the brake fluid to be $19.92 while the figure utilized for such fluids in the above formula is $28.00.[15]  Finally, the invoice reflects total labor costs of $451.50.  Assuming the repair time is consistent with the 3.9 hours reflected in the formula above, the labor rate would approximate $115 per hour ($451.50 ÷ 3.9).[16]

30.     Additionally, other invoices produced in this matter reflect similar pricing results.  For example, Ian Thomas presented an invoice for repair of an inoperable clutch dated May 26, 2016. This invoice includes an hourly labor rate of $115.00, a concentric slave cylinder for $166.68, transmission fluid priced at $26.60 per unit and brake fluid priced at $23.95 per unit.

### *Nissan Warranty Database*

31.     I have analyzed the information reported by Nissan in a warranty database produced in this matter.[17]  My review of the database focused only on repairs where ███████████████ ████████████████████████████████████  the concentric slave cylinder. Accordingly, I filtered the database to remove any repairs where the concentric slave cylinder was not the primary failed part.  For each repair conducted, the database reports ████████████ ███████████████████████.  I divided the database into the distinct part numbers and calculated

---

[14] 2016 08-23 MISC-DOCS re 2012 Nissan 370Z Repair Orders - Huu Nguyen.pdf

[15] 2016 08-23 MISC-DOCS re 2012 Nissan 370Z Repair Orders - Huu Nguyen.pdf

[16] 2016 08-23 MISC-DOCS re 2012 Nissan 370Z Repair Orders - Huu Nguyen.pdf

[17] ████████████████████████████

the average and median cost results incurred by part number.  The results of the entire database (i.e., Nationwide results) were as follows:[18]



32.     As the table reflects, ███████████████████████████████████
███████████████████.  Furthermore, the most current model that Mr. Stapleford contends requires replacement ██████████) had a median cost of more than ████ which is slightly higher than variable cost utilized in the above formula of ████.  The median cost of the total repair (assumed to be only the replacement of the concentric slave cylinder) was ████, which is comparable to the total cost derived by the above formula of ████.

33.     Utilizing this same database, I further filtered the data to remove any repairs that were conducted outside of California.  I then calculated the average and median cost results incurred by part number.  The results of this database (i.e., California only results) were as follows:[19]

---

[18] **Exhibit 1**

[19] **Exhibit 2**

**EXPERT REPORT OF STEVEN B. BOYLES**                    **CONFIDENTIAL**
**CASE NO.: 5:15-cv-05591-LHK (NCx)**              **ATTORNEYS' EYES ONLY**



34.     As the table reflects, the median results for the California only repairs are reasonably consistent with the Nationwide results from the previous table.  We can see that the cost of the parts steadily increase with each new revision of the concentric slave cylinder with the most recent model having a median cost of ████ (again, the variable utilized in the above model is ████) and the median total cost of replacement of the slave cylinder was ████ (while the total cost in the above model is ████

## VI.      CONCLUSION

35.     As discussed above, my analysis provides a reasonable approach to quantify the damage value to Class Members as a result of the Clutch Assembly Defect.  The benefit of the bargain approach proffered above provides a formula that can be applied utilizing the appropriate variable inputs.  Although the underlying variable inputs may differ for individual Class Members, the approach provides a reasonable and consistent basis to compensate all Class Members for the defect.  Furthermore, as reflected, the results of the formula utilizing the variables discussed above result in a total cost of repair that is consistent with the actual cost as reported by Nissan as well as the total cost incurred by the Class Representative.

.

13

EXHIBIT A

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Steven B. Boyles, CPA/CFF/ABV, ASA

## Profile

Steven Boyles is a Partner in the Forensic and Financial Consulting Services Group in the San Francisco office of Hemming Morse, LLP. In addition to being a Certified Public Accountant (CPA), Steven maintains a number of other professional designations including being Certified in Financial Forensics (CFF) and Accredited in Business Valuation (ABV), both issued by the American Institute of Certified Public Accountants. He has also received the designation of Accredited Senior Appraiser (ASA) from the American Society of Appraisers.  Steven is a member of the Steering Committee for the California Society of Certified Public Accountants Forensic Services Section and is the Chair of the Committee's San Francisco Chapter.

Steven is experienced in consulting with clients and counsel regarding complex business disputes involving the investigation, evaluation and quantification of economic damages. He also possesses extensive experience in performing valuations of closely-held businesses and business assets in both litigation and consulting settings. His experience encompasses a diverse range of litigation matters including investigating and quantifying damages in matters involving patent infringement, trade secret misappropriation, shareholder and partnership disputes, post-acquisition claims, securities litigation, alter ego analyses, royalty disputes, and other forensic and fraud investigations stemming from contract and tort claims.

Steven has testified as an expert witness in federal and state courts as well as in arbitration in connection with the work performed in these areas.

page 1 of 7

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING
# MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

## Steven B. Boyles, CPA/CFF/ABV, ASA

### Employment & Education

| | |
|---|---|
| 2012 – Present | **Hemming Morse, LLP**<br>*Certified Public Accountants,*<br>*Forensic and Financial Consultants*<br>Partner |
| 2011 | **Hemming Morse, Inc.**<br>Director |
| 2007 – 2011 | **StoneTurn Group, LLP**<br>Managing Director |
| 2003 – 2007 | **CCR Group, LLP**<br>Manager |
| 2002 – 2003 | **Johnson Eubank Pankratz & Company**<br>Manager |
| 2001 – 2002<br>1999 – 2000 | **Hoffman & Associates, LLP**<br>Manager |
| 2000 – 2001 | **Matson Driscoll & Damico, LLP**<br>Associate |
| 1998 – 1999 | **Pershing Yoakley & Associates. LLP**<br>Associate |
| 1998 | **University of South Florida**<br>Bachelor of Science - Accounting |

page 2 of 7

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Steven B. Boyles, CPA/CFF/ABV, ASA

## Professional & Service Affiliations

- Certified Public Accountant, State of Massachusetts
- Accredited Senior Appraiser (ASA)
- Certified in Financial Forensics (CFF)
- Accredited in Business Valuation (ABV)
- American Institute of Certified Public Accountants
  - Forensic & Litigation Services Section
- California Society of Certified Public Accountants
  - Treasurer, Forensic Services Valuation Section, past
  - Forensic Services Section Steering Committee, past
  - Chair, San Francisco Chapter Litigation Consulting Services Committee, past

- The International Accounting Group
  - Chair, Forensic / Litigation Support Specialty Group
- American Society of Appraisers
- Golden Gate University
  - Advisory Board to Forensic Accounting Program
  - Adjunct Professor

## Presentations & Seminars

- *"Alter Ego Liability: Prove it or Lose it"*
  Bar Association of San Francisco, Spring 2015
- *"Trade Secrets, Enforceability and Damages"*
  TAGLaw - Edinburgh, Scotland, Spring 2015
- *"The Wild World of Corporate Espionage: Measuring Economic Damages when Trade Secrets are Misappropriated"*
  American Institute of Certified Public Accountants Forensic and Valuation Services Conference, Fall 2013
- *"Understanding the Key Accounting Pieces of the Legal Puzzle"*
  Bar Association of San Francisco, Spring 2013
- *"The Use of Forensic Accountants in Solving Unconventional Matters"*
  DLA Piper - San Francisco, Spring 2013
- *"Very Small Business Valuations"*
  Family Law Section of the Contra Costa Bar Association, Summer 2012
- *"The Reasonable Certainty of Your Expert's Damages Analysis"*
  Caldwell Leslie & Proctor, PC, Winter 2012

- *"Post Acquisition Disputes – Lessons Learned"*
  Wilson Sonsini Goodrich & Rosati, Winter 2011
- *"Post Acquisition Disputes – Lessons Learned from a Forensic Accountant"*
  Bar Association of San Francisco, Fall 2010
- *"The Forensic Accounting Investigation of an Alter Ego Claim"*
  Nixon Peabody, LLP, Spring 2010
- *"Dr. Jekyll and Mr. Hyde: What Counsel Should know about Alter Ego"*
  Marin County Bar Association, Winter 2009
- *"Dr. Jekyll and Mr. Hyde: What Counsel Should know about Alter Ego"*
  Bar Association of San Francisco, Fall 2009
- *"Common Techniques in Quantifying Commercial Damages"*
  Seyfarth Shaw, LLP, Fall 2008
- *"What's the Value of My Business?"*
  Young Presidents Organization – Hartford, CT, Fall 2005

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

# H E M M I N G
# M O R S E, L L P

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

## Steven B. Boyles, CPA/CFF/ABV, ASA

### Testimony

*Trial*

- Steven Brisson and Laura Maness v. Propane Studio LLC, Neil Chaudhari, Rahul Odedra, Lilu Odedra, and Michelle Viray (2014)
Superior Court of California, County of San Francisco
Case No. CGC-13-531005

- American TonerServ Corp., iPrint Technologies, LLC v. Chad Solter, Darrell Tso, Scott Muckley, MTS Partners, Inc. (March 2014)
Superior Court of California, County of Marin
Case No. CIV1102020

- Jeffrey C. Coury v. William P. Foley, II and Chicago Title Insurance Company (May 2013)
Superior Court of California, County of Sonoma
Case No. SCV250985

- Brandon Abbey, Burst Communications, Inc. and Britt Miller v. John Sheputis, William Fleming, Fortune Drive Associates, LLC, Sheputis DC Investments, LLC, and California Acquisition and Development Company, LLC (January 2013)
Superior Court of California, County of San Francisco
Case No. CG-08-479301

- Brandon Abbey, Burst Communications, Inc. and Britt Miller v. John Sheputis, William Fleming, Fortune Drive Associates, LLC, Sheputis DC Investments, LLC, and California Acquisition and-Development Company, LLC (November 2012)
Superior Court of California, County of San Francisco
Case No. CG-08-479301

- Innovention Toys, LLC v. MGA Entertainment, Inc. and Wal-Mart Stores, Inc. and Toys "R" Us, Inc. (2012)
United States District Court, Eastern District of Louisiana, Case No. 07-6510

- Peter Bennett v. Cynthia Foss (2012)
Superior Court of California, County of San Francisco
Case No. FPT-09-376032

- Joanne Caveney v. Thomas Caveney (2009)
Probate and Family Court, Lawrence Division
State of Massachusetts, Case No. 06D-1236-DV1

page 4 of 7

*Arbitration*

- Nunzio Alioto vs. Alioto Fish Company Ltd. (2017)
JAMS Arbitration, Case No. 1100084167

- David Seto, Sharon Seto and Anthony Sam v. Asset Management LLC, et al. (2017)
JAMS, San Jose, California

- Cancer Imaging Associates, LLC v. California Cancer Associates for Research and Excellence, Inc. (2016)
JAMS Arbitration, Case No. 1120012598

- InterDigital Technology Corporation and IPR Licensing, Inc. v. Inventec Appliances Corporation (2015)
ICDR Arbitration, Case No. 50-20-1400-0225

- Frederick H. DiRienzo, et al. v. Banc of America Investment Services, Inc. (2011)
FINRA Arbitration, Case No. 10-01011

San Francisco Office
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

Walnut Creek Office
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING
# MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

# Steven B. Boyles, CPA/CFF/ABV, ASA

## Testimony continued

### Deposition

- **Carlos Victorino and Adam Tavitian, individually, and on behalf of a class of similarly situated individuals v FCA US LLC (2017)**
  United States District Court, Southern District of California, Case No. 3:16-cv-01617-GPC-JLB

- **In the Matter of Howard P. Huey and Soo Ong Huey Revocable Trust dated June 22, 2007 and its sub-trusts (2017)**
  Superior Court of California, County of San Mateo Case No. 125931

- **Sofia New and Joseph New v. Manuel Langit and Aurora M. Langit (2017)**
  Superior Court of California, County of San Francisco Case No. CGC-14-540706

- **Nunzio Alioto vs. Alioto Fish Company Ltd. (2017)**
  JAMS Arbitration, Case No. 1100084167

- **Maria Ford, et al. v. Gary Yasuda and Amarillo College of Hairdressing, Inc. (2017)**
  United States District Court, Central District of California, Case No. 5:13-CV-1961-PSG-DTB

- **David Seto, Sharon Seto and Anthony Sam v. Asset Management LLC, et al. (2016)**
  JAMS, San Jose, California

- **Synopsys, Inc. v. ATopTech, Inc. (2016)**
  United States District Court, Northern District of California, Case No. 13-02965 (MMC)

- **Sukru Bayramoglu and Gulay Bayramoglu v. CitiMortgage, Inc., Federal National Mortgage Associations, aka Fannie Mae, and Nationstar Mortgage, LLC (2016)**
  Superior Court of California, County of Sacramento Case No. 34-2014-00166510-CU-OR-GDS

- **Seth Samuels, et al. v. Hamrick & Evans, LLP, et al. (2016)**
  Superior Court of California, County of San Francisco Case No. CGC-13-534626

- **Derek Benham v. Norman A. Barnes, Kenneth Everett, Seiler, LLP (2016)**
  Superior Court of California, County of San Francisco Case No. CGC-15-54427

- **Cancer Imaging Associates, LLC v. California Cancer Associates for Research and Excellence, Inc. (2016)**
  JAMS Arbitration, Case No. 1120012598

- **C&J Express and Charlie Lu v. Golden Int'l Travel, Inc. and Chaoying Guo (January 2016)**
  United States District Court, Central District of California, Case No. 2:14-cv-06030-FMO-JC

- **Alana Kaselitz and Melissa Kaselitz v. Hisoft Technology International, Ltd. and Tiak Koon Loh (June 2015)**
  Superior Court of California, County of San Francisco Case No. CGC-12-525000

- **Efren Guerra and Robin Guerra v. Nationstar Mortgage, LLC; Aurora Loan Services, LLC; and Cal-Western Reconveyance (2015)**
  Superior Court of California, County of Nevada Case No. CU13-079943

- **Lloyds TSB Bank PLC v. Michael Joseph Kilroy (March 2015)**
  Superior Court of California, County of Riverside Case No. 1202040

page 5 of 7

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

## Steven B. Boyles, CPA/CFF/ABV, ASA

### Testimony continued

*Deposition* continued

- **Steven Brisson and Laura Maness v. Propane Studio LLC, Neil Chaudhari, Rahul Odedra, Lilu Odedra, and Michelle Viray (2014)**
  Superior Court of California, County of San Francisco
  Case No. CGC-13-531005

- **American TonerServ Corp., iPrint Technologies, LLC v. Chad Solter, Darrell Tso, Scott Muckley, MTS Partners, Inc. (February 2014)**
  Superior Court of California, County of Marin
  Case No. CIV1102020

- **Deanna Roth Fairchild, Trustee of the Deanna Trust v. Carolyn G. Roth, Trustee of the Gerald K. Roth and Carolyn G. Roth Trust (January 2014)**
  Superior Court of California, County of Contra Costa
  Case No. P11-01078

- **Jeffrey C. Coury v. William P. Foley, II and Chicago Title Insurance Company (February 2013)**
  Superior Court of California, County of Sonoma
  Case No. SCV250985

- **Brandon Abbey, Burst Communications, Inc. and Britt Miller v. John Sheputis, William Fleming, Fortune Drive Associates, LLC, Sheputis DC Investments, LLC, and California Acquisition and Development Company, LLC (September 2012)**
  Superior Court of California, County of San Francisco
  Case No. CG-08-479301

- **Innovention Toys, LLC v. MGA Entertainment, Inc. and Wal-Mart Stores, Inc. and Toys "R" Us, Inc. (2012)**
  United States District Court, Eastern District of Louisiana, Case No. 07-6510

- **Brandon Abbey, Burst Communications, Inc. and Britt Miller v. John Sheputis, William Fleming,**

- Fortune Drive Associates, LLC, Sheputis DC Investments, LLC, and California Acquisition and Development Company, LLC (July  2012)
  Superior Court of California, County of San Francisco
  Case No. CG-08-479301

- **Carol Barnes Lucero v. Wells Fargo Bank, N.A. (2012)**
  Superior Court of California, Alameda County
  Case No. RG 11583019

- **Cycle Shack, Inc. v. Harley-Davidson Motor Company Inc. and Markland Industries (2012)**
  Superior Court of California, Orange County
  Case No. 00126460

- **Elpida Memory, Inc. v. Semiconductor Manufacturing International Corporation (2011)**
  American Arbitration Association
  Case No. 50 117 T 732 10

- **Elpida Memory, Inc. v. Cension Semiconductor Manufacturing Corporation and Semiconductor Manufacturing International Corporation (2010)**
  American Arbitration Association
  Case No. 50 117 T 0001710

page 6 of 7

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062



**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

# Steven B. Boyles, CPA/CFF/ABV, ASA

## Selected Case Experience

- Assisted the appointed corporate FCPA monitor in an evaluation of the compliance of a multinational corporation in the medical device industry with the terms of its FCPA-related settlement arrangements with the U.S. Department of Justice and the SEC. Additionally, assisted the informal FCPA monitor with the evaluation of the compliance program of a pharmaceutical company operating in Asia.

- Assisted in performing forensic accounting investigations at the request of public company Boards of Directors and Audit Committees as well as forensic accounting engagements to assist companies in related efforts including financial statement restate ments. These engagements have included assessment of alleged fraudulent financial reporting issues includ ing recognition of revenue, stock options compensation expense, reported reserves, and adjustments relating to acquisitions.

- Engaged as plaintiff's expert to provide a valuation analysis in a dispute between the limited partners and the general partner of an investment fund. Mr. Boyles analyzed the various underlying investments held by the fund and performed valuation procedures and specific transaction analysis on these investments at various dates. Mr. Boyles' analysis clearly reflected how the fund manager deceived investors by investing in preferred equity of high risk companies and then overstated the values of these underperforming companies through stock price manipulation and misrepresentation which inflated the returns on the fund's investments.

- Engaged as an expert to evaluate and quantify damages resulting from alleged patent infringements on a number of occasions. In these matters, Mr. Boyles has performed market analyses, assessed lost profits stemming from alleged infringements, analyzed the value contribution of the patented invention to the saleable product, identified and analyzed comparable license agreements, and evaluated other Georgia-Pacific factors for purposes of determining a reasonable royalty during provisional rights and infringement periods.

- Engaged as an expert to evaluate the economic impact of alleged trade secret misappropriations. These analyses have involved assessing the impact of misappropriations by departing employees as well as by business partners upon contract termination. Mr. Boyles' analyses have included assessing the cost of development of trade secrets, the economic benefit to the party which allegedly misappropriated, and the economic impact to the harmed party. In so doing, Mr. Boyles has evaluated the manufacturing, distribution and marketing aspects of the parties involved to determine potential lost profits, unjust enrichment, or reasonable royalty damages resulting from the alleged misappropriation.

- Engaged as an expert by a Fortune 100 international bank in a dispute against a debtor company for $45 million in damages. Mr. Boyles' analysis included analyzing the accounting and operational records and systems of the debtor and its related entities to identify the existence of indicia of alter ego among the related entities.

**San Francisco Office**
180 Montgomery Street
Suite 1500
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**Walnut Creek Office**
1340 Treat Boulevard
Suite 209
Walnut Creek, CA 94597
Tel: 415.836.4000
Fax: 415.777.2062

# EXHIBIT B

Exhibit B - Documents Considered
Huu Nguyen v. Nissan North America, Inc.

* 2017 02-01 PLD-FAC (Conformed).pdf
* 2016 08-23 MISC-DOCS re 2012 Nissan 370Z Repair Orders - Huu Nguyen.pdf
* 2016 09-01 MISC-DOCS re 2010 Nissan 370Z Repair Orders - Peter Leverman.pdf
* 2016 11-30 MISC-DOCS re 2010 Nissan 370Z Repair Order - Ken Martin.pdf
* 2017 04-17 MISC-DOCS re 2012 Nissan 370Z - David Buzby.pdf
* 2017 08-22 MISC-DOCS re 2013 NIssan 370Z Repair Order - Ian Thomas.pdf
* 2017 08-24 MISC-DOCS re 2012 Nissan 370Z Repair Order - John Liu.pdf
* 2017-12-01 21-49.pdf



* Expert Report of Michael Stapleford dated 12/15/2017
* https://www.nissanparts.cc/oem-parts/nissan-insulator-bolt-kit-34115cd025
* Black's Law Dictionary, Eighth Edition

EXHIBIT 1

REDACTED IN ITS ENTIRETY

EXHIBIT 2

REDACTED IN ITS ENTIRETY